**Opinion issued August 28, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00437-CV

_____

## CHANTANA W. UMSAWASDI

**Appellant,**

**v.**

## D. M. BEST COMPANY, INC., DAVID MCNEAL BEST, II, PAMELA BEST MOORE, AND VICTORIA BEST

**Appellees**

On Appeal from Probate Court No. 1
Harris County, Texas
Trial Court Case No. 412,001-401

**MEMORANDUM OPINION**

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant included a certificate of conference in the motion stating appellees are unopposed. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle